# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY

VERSUS

KRISTEN THOMAS, ET AL.

CIVIL ACTION

17-210-SDD-EWD

## RULING

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated March 12, 2017. Defendants have filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines to exercise supplemental jurisdiction in connection with any state law claims and Plaintiff's *Motion Requesting a Ruling on Exhaustion of Administrative Remedy Proceedings*[4] is, therefore, denied as moot. Additionally, Defendants' *Motion for Summary Judgment*[5] is denied; Defendants' *Motion to Dismiss*[6] is granted in part, dismissing Plaintiff's claims asserted against Defendants, Ronald Boies, Clara Hodas and James Dulaney, with prejudice, dismissing Plaintiff's claims for injunctive relief, and dismissing Plaintiff's claims asserted against the remaining

---

[1] Rec. Docs. 9, 12, and 14.
[2] Rec. Doc. 17.
[3] Rec. Doc. 18.
[4] Rec. Doc. 14.
[5] Rec. Doc. 12.
[6] Rec. Doc. 9.

Defendants' in their official capacities. It is further ordered that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 29 day of March, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA