# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ERNEST MONTGOMERY (# 315014)   CIVIL ACTION

VERSUS   17-210-SDD-EWD

KRISTEN THOMAS, ET AL.

## RULING AND JUDGMENT OF DISMISSAL

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 14, 2019, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendants' *Motion for Summary Judgment* is hereby GRANTED and Plaintiff's action is DISMISSED in its entirety with prejudice.

Signed in Baton Rouge, Louisiana on March 18, 2019.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 36.
[2] Rec. Doc. 51.